**CONSENT TO JOIN WAGE CLAIM**

Print Name: ___Nashae Hadder_____

1. I consent to join the collective action lawsuit filed against **Kentucky Hospitality Venture, LLC** and any affiliated persons or entities to pursue my claims of unpaid overtime and related damages during the time that I worked with them.

2. I understand that the claims are brought under the Fair Labor Standards Act and applicable federal and state law regarding the payment of wages.

3. I consent to be bound by the Court's decisions.

4. I designate the representative plaintiff named in the lawsuit and/or appointed by the Court as my agent to make decisions on my behalf regarding the lawsuit, including entering into settlement agreements, agreements with counsel, and all other matters related to the lawsuit. I understand and agree that the attorneys for the collective or class of workers, the representative plaintiff, or the Court may in the future appoint other individuals to be representative plaintiff. I understand that I may be selected or appointed to serve as a representative plaintiff.

5. If needed, I authorize this consent to be used to re-file my claim in a separate lawsuit or arbitration.

_____   11 / 13 / 2023
Signature                                                                       Date

Doc ID: dd70b4f891e889e0126b36fd95c55ebf66072d85