# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| **NASHAE HADDER** )<br>_Plaintiff_ )<br>v. )<br>**KENTUCKY HOSPITALITY VENTURE, LLC D/B/A SPEARMINT RHINO GENTLEMAN'S CLUB** )<br>_Defendant_ ) | Civil Action No. 5:23-cv-00317-GVT |

## AFFIDAVIT OF SERVICE

I, Lissa Brooks, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cogency Global, Inc., Registered Agent in Fayette County, KY on November 17, 2023 at 11:28 am at 828 Lane Allen Road, Suite 219, Lexington, KY 40504 by leaving the following documents with Dawn Osborne who as Registered Agent Services at Cogency Global Inc is authorized by appointment or by law to receive service of process for Cogency Global, Inc., Registered Agent.

COMPLAINT
Summons Issued as to Kentucky Hospitality Venture LLC and returned to counsel electronically for se (11-13-2023)

Additional Description:
Walked into the suite. Ms. Osborne took the documents and verified the matter via her computer. I asked for her name and she gave me her business card.

White Female, est. age 50, glasses: Y, Unknown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.0291024,-84.5416375
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Fayette County, KY on 11/20/2023.

/s/ *Lissa Brooks*
Signature
Lissa Brooks
+1 (859) 455-6116



