UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| **NASHAE HADDER,** | Case No. 5:23-cv-00317 |
| Plaintiff, | Judge Gregory F. VanTatenhove |
| v. | |
| **KENTUCKY HOSPITALITY VENTURE, LLC D/B/A SPEARMINT RHINO GENTLEMAN'S CLUB** | **AGREED ORDER** |
| Defendant. | |

Pursuant to E.D. Kentucky LR 7.1(b), and upon agreement of counsel for the parties, Defendant shall have until January 8, 2024 to move, answer, or otherwise plead in response to Plaintiff's Complaint (Doc. 1).

IT IS SO ORDERED.

_____
United States District Judge

Respectfully submitted,

*/s/ J. Corey Asay*_____
J. Corey Asay
HKM EMPLOYMENT
ATTORNEYS LLP
312 Walnut Street, Suite 1600
Cincinnato, Ohio 45202
(513) 318-4496
(513) 318-4496
casay@hkm.com
*Attorney for Plaintiff*

*/s/ Peter A. Saba*_____
Peter A. Saba, Esq. (0084574)
Joshua M. Smith, Esq. (0098835)
STAGNARO, SABA &
PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
*Attorneys for Defendant*