UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| NASHAE HADDER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:23-cv-00317-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KENTUCKY HOSPITALITY VENTURE, LLC, *d/b/a Spearmint Rhino Gentleman's Club* | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on an Agreed Motion for an Extension to File Responsive Pleadings. [R. 5.] The Plaintiff filed a complaint in this Court on November 13, 2023. [R. 1.] Consequently, the Defendants request an extension to respond to the complaint until January 8, 2024. [R. 5.] Counsel for the Defendants represents that the Plaintiff consents to the requested extension. *Id.*

Accordingly, and the Court being sufficiently advised, the Defendants' Agreed Motion for an Extension to File Responsive Pleadings [**R. 5**] is **GRANTED**. The Defendants shall have up to and including **January 8, 2024** to respond to the complaint.

This the 12th day of December 2023.

Gregory F. Van Tatenhove
United States District Judge