**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**

| | |
|---|---|
| **NASHAE HADDER,** : | |
| : | Case No. 5:23-cv-00317 |
| Plaintiff, : | |
| : | Judge Gregory F. VanTatenhove |
| v. : | |
| : | |
| **KENTUCKY HOSPITALITY** : | **AGREED ORDER** |
| **VENTURE, LLC D/B/A SPEARMINT** : | |
| **RHINO GENTLEMAN'S CLUB** : | |
| : | |
| Defendant. : | |
| : | |

Pursuant to E.D. Kentucky LR 7.1(b), and upon agreement of counsel for the parties, Defendant shall have until January 22, 2024 to move, answer, or otherwise plead in response to Plaintiff's Complaint (Doc. 1).

IT IS SO ORDERED.

_____
United States District Judge

Respectfully submitted,

| | |
|---|---|
| */s/ J. Corey Asay*_____ | */s/ Peter A. Saba*_____ |
| J. Corey Asay | Peter A. Saba, Esq. (0084574) |
| HKM EMPLOYMENT | Joshua M. Smith, Esq. (0098835) |
| ATTORNEYS LLP | STAGNARO, SABA & |
| 312 Walnut Street, Suite 1600 | PATTERSON CO., L.P.A. |
| Cincinnato, Ohio 45202 | 2623 Erie Avenue |
| (513) 318-4496 | Cincinnati, Ohio 45208 |
| (513) 318-4496 | (513) 533-2701 |
| casay@hkm.com | (513) 533-2711 (fax) |
| *Attorney for Plaintiff* | pas@sspfirm.com |
| | jms@sspfirm.com |
| | *Attorneys for Defendant* |

1