## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **NASHAE HADDER**, <br><br> Plaintiff, <br><br> v. <br><br> **KENTUCKY HOSPITALITY VENTURE, LLC D/B/A SPEARMINT RHINO GENTLEMAN'S CLUB**, <br> Defendant. | CASE NO. 5:23-cv-000317-GFVT <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2024, Order (ECF 10), the Parties provide the following status report. On February 6, 2024, Plaintiff filed her demand for arbitration with the American Arbitration Association. On February 22, 2024, the AAA acknowledged receipt of Plaintiff's demand for arbitration and her portion of the filing fee. Defendants' portion of the filing fee is pending payment. The parties have continued to engage in early settlement discussions and will update the Court in the event the matter resolves.

Respectfully submitted,

| | |
|---|---|
| *s/J. Corey Asay* <br> J. Corey Asay <br> HKM EMPLOYMENT ATTORNEYS LLP <br> 312 Walnut Street, Suite 1600 <br> Cincinnati, Ohio 45202 <br> T: (513) 318-4496 <br> F: (513) 318-4496 <br> E: casay@hkm.com <br><br> *Counsel for Plaintiff* | *s/Joshua M. Smith (with permission)* <br> Joshua M. Smith, Esq. <br> Stagnaro, Saba & Patterson, Co., L.P.A. <br> 2623 Erie Avenue <br> Cincinnati, Ohio 45208 <br> T: 513.533.6715 <br> F: 513.533.2999 <br> E: jms@sspfirm.com <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2024, I filed the foregoing using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

<u>*s/J. Corey Asay*</u>
*Counsel for Plaintiff*
