**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **NASHAE HADDER**, | |
| Plaintiff, | CASE NO. 5:23-cv-000317-GFVT |
| v. | **STIPULATION OF DISMISSAL** |
| **KENTUCKY HOSPITALITY VENTURE, LLC D/B/A SPEARMINT RHINO GENTLEMAN'S CLUB,** | |
| Defendant. | |

The parties, through the undersigned counsel, stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs. The Court shall retain jurisdiction over this matter for the purpose of enforcing any settlement.

[SIGNATURES ON NEXT PAGE]

Dated: July 16, 2024

Respectfully submitted,

s/ J. Corey Asay
J. Corey Asay
MORGAN & MORGAN
333 W Vine St, Suite 1200
Lexington, KY 40507
Tele: (859) 286-8368
Fax: (859) 286-8384
casay@forthepeople.com

*Counsel for Plaintiff*

s/Joshua M. Smith (with permission)
Joshua M. Smith, Esq.
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
T: 513.533.6715
F: 513.533.2999
E: jms@sspfirm.com

*Counsel for Defendant*