UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| NASHAE HADDER, <br><br> Plaintiff, <br><br> v. <br><br> KENTUCKY HOSPITALITY VENTURE, LLC, <br><br> Defendant. | Case No. 5:23-cv-00317-GFVT <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. [R. 12.] Having settled the matter, the parties agree that Plaintiff's claims should be dismissed with prejudice. *Id. See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Stipulation of Dismissal with Prejudice **[R. 12]** is **GRANTED**;

2. All claims in this matter by Plaintiff Hadder against Defendant Kentucky Hospitality Venture are **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs; and

3. All claims against all parties having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 22nd day of July, 2024.

Gregory F. Van Tatenhove
United States District Judge